

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2019

No. 04-18-00129-CV

Stanton P. **BELL,** et al.,
Appellants/Cross-Appellees,

v.

**CHESAPEAKE EXPLORATION, LLC,**
Appellee/Cross-Appellant,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI22093
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
          Irene Rios, Justice
          Beth Watkins, Justice

After reviewing the appellees/cross-appellants' motion for extension of time to file motion for rehearing and plaintiff-appellants/cross-appellees' response in opposition of the motion, the motion is GRANTED IN PART. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED**. Appellees/cross-appellants' motion of rehearing must be filed by April 19, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court